# Third District Court of Appeal

## State of Florida

Opinion filed November 6, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0312
Lower Tribunal No. 22-23894
_____

**Phil Harris Construction, Inc.,**
Appellant,

vs.

**Action Rentals Holdings, LLC,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

Wolfe Law Miami, P.A., and Richard C. Wolfe, for appellant.

Pardo Jackson Gainsburg & Shelowitz, PL, Stevan J. Pardo, and Nicole R. Rekant, for appellee.

Before LINDSEY, MILLER, and GOODEN, JJ.

PER CURIAM.

In this appeal, appellant, Phil Harris Construction, Inc., challenges the denial of a motion for rehearing and an adverse final summary judgment rendered in the underlying breach of contract action filed by appellee, Action Rentals Holdings, LLC. Although appellant persuasively argues that the contractual documents filed in the lower court were incomplete and omitted an express limitation on liability, we are constrained by Florida Rule of Civil Procedure 1.150 and the undeveloped record to affirm the judgment under review. See G & G In-Between Bridge Club Corp. v. Palm Plaza Assocs., Ltd., 356 So. 3d 292, 299 (Fla. 2d DCA 2023); Lloyd S. Meisels, P.A. v. Dobrofsky, 341 So. 3d 1131, 1135–36 (Fla. 4th DCA 2022); Rich v. Narog, 366 So. 3d 1111, 1118 (Fla. 3d DCA 2022); see also Umana v. Citizens Prop. Ins. Corp., 282 So. 3d 933, 935 (Fla. 3d DCA 2019); Knowles v. JPMorgan Chase Bank, N.A., 994 So. 2d 1218, 1219–20 (Fla. 2d DCA 2008).

Affirmed.